# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-1691    **Short Title:** U.S. v Abhijit Das

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[✓] appellant(s)      [ ] appellee(s)      [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

/s/ Eric D. McArthur          8/27/24
Signature                     Date

Eric D. McArthur
Name

Sidley Austin LLP             202-736-8018
Firm Name (if applicable)     Telephone Number

1501 K Street, N.W.
Address                       Fax Number

Washington, DC 20005          emcarthur@sidley.com
City, State, Zip Code         Email (required)

Court of Appeals Bar Number: 1138146

Has this case or any related case previously been on appeal?

[✓] No      [ ] Yes    Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).